**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Carlos ESPINOZA–IBARRA, Defendant–Appellant.**

**No. 01–10311.**

**D.C. No. CR–00–00124–ECR.**

United States Court of Appeals, Ninth Circuit.

Submitted June 10, 2002.*

Decided June 13, 2002.

Before RYMER, T.G. NELSON and THOMAS, Circuit Judges.

### MEMORANDUM**

Carlos Espinoza–Ibarra appeals the 33–month sentence imposed after his guilty-plea conviction for one count of being an illegal alien found in the United States following removal, in violation of 8 U.S.C. § 1326. We lack jurisdiction and dismiss.

Espinoza–Ibarra contends that the district court abused its discretion by only granting him a two-level downward departure for the minor nature of his previous aggravated felony, instead of the four lev-

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

els he requested. We lack jurisdiction to review the extent of a discretionary downward departure. *United States v. Riggins*, 40 F.3d 1055, 1058 (9th Cir.1994).

Espinoza–Ibarra also contends that the district court abused its discretion by not granting a downward departure for his extraordinary acceptance of responsibility. We lack jurisdiction to review the district court's discretionary decision not to grant a downward departure. *See United States v. Tam*, 240 F.3d 797, 805 (9th Cir.2001).

**DISMISSED.**

---

1. The panel unanimously finds this case suitable for submission without oral argument pursuant to Fed. R.App. P. 34(a)(2).

2. The Honorable Donald P. Lay, Senior United States Circuit Judge for the Eighth Circuit, sitting by designation.

3. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.